**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1937**

KATHERINE B. ROBINSON,

            Plaintiff - Appellant,

      v.

DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION,
(DOJ/DEA); VIRGINIA EMPLOYMENT COMMISSION,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:15-cv-00475-JCC-MSN)

Submitted:  December 17, 2015          Decided:  December 21, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Katherine B. Robinson, Appellant Pro Se.  Dennis Carl Barghaan,
Jr., Assistant United States Attorney, Melissa Elaine Goforth
Koenig, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Katherine Robinson, a pro se litigant who is not incarcerated, seeks to appeal the district court's order granting the Department of Justice/Drug Enforcement Administration's unopposed motion to dismiss her civil claims against it. We dismiss the appeal.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on June 3, 2015, but Robinson did not file her notice of appeal until August 14, 2015. Because Robinson failed to file a timely notice of appeal or obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal.* We dispense with oral argument because the

---

* To the extent that Robinson seeks to appeal the portion of the district court's order remanding back to the Virginia state court from where they were removed her claims against the Virginia Employment Commission, that holding is not reviewable on appeal. See 28 U.S.C. § 1447(d) (2012).

2

facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED